DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY RUGGIERO** and **CHRISTINA RUGGIERO,**
Appellants,

v.

**SOUTHERN OAK INSURANCE COMPANY,**
Appellee.

No. 4D21-1729

[June 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE19-016308.

Randall Shochet of Shochet Law Group, Trenton, for appellants.

Evan A. Zuckerman of Vernis & Bowling of Broward, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***